UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 1 1:15-cr-00072-TWP-DML |
| | ) |
| ALI AL-AWADI, | ) |
| | ) |
| Defendant. | ) |

**Government's Notice of Intent to
Use Evidence under F.R.E. 801 and F.R.E. 803**

The United States of America, by counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, Bradley P. Shepard and Kristina Korobov, Assistant United States Attorneys, hereby files its Notice of Intent to Introduce Evidence pursuant to the **Federal Rules of Evidence, Rules 801 and 803.**

**Proffered Evidence and Relevant Rules**

On the day in question in this case, August 21, 2014, Minor Victim One was a student at the Children's Choice Learning Center and was four (4) years old.  On this day, Minor Victim One made statements to day care personnel and to her parents.  The Government seeks to admit into evidence the following statements, pursuant to the enumerated Federal Rules of Evidence:

1) On August 21, 2014, the Defendant had been watching Minor Victim One's class during the lunch hour for the regular teacher.  Minor Victim One made statements to Tyria Graham.  Within the hour after the Defendant left Minor Victim One's classroom and after going to the restroom, Minor Victim One told Graham that it hurt when she peed because "Mr. Ali" touched it all the way and it hurts really bad.  When asked where it

hurt, Minor Victim One told Graham "it hurts" and pointed to her "private (Graham's term)."  **F.R.E. 803(1), 803(2), 803(3) and 803(4).**

2) After Minor Victim One told Graham what had happened, about one hour later, Graham brought the Defendant into the room with Minor Victim One.  The Defendant sat next to Minor Victim One on the floor.  Tyria told the child to tell the Defendant what had happened.  Minor Victim One said that "Mr. Ali" put his finger all the way in her down there and it hurt (words of Graham).  The Defendant responded saying loudly "(Child's name)! No thank you.  No thank you!"  Defendant picked the child up and placed her in his lap, saying "(her name)! I didn't do that."  When Graham asked Minor Victim One if she was telling the truth or a lie, the child simply said "Miss Tyria" and shook her head.  **F.R.E. 801** (statements not being offered for the truth of the matter, but to show the effect on the listener (the Defendant) and to put his responses into context, including his behavior in putting the child in his lap).

3) Minor Victim One's father picked her up from the day care on August 21, 2014.  She began saying that her "tito" (word used by child for vagina) hurt.  She cried while in a restaurant restroom at dinner time, and while going to the bathroom, said that it hurt her vagina.  **F.R.E. 803(1), 803(3), and 803(4).**

4) On the early evening on August 21, 2014, the mother of Minor Victim One asked Minor Victim One why it was hurting "down there."  Minor Victim One began crying and ran upstairs without answering.  The mother went upstairs and had the child sit in her lap.  She asked Minor Victim One what was going on and the child responded "No, no, no Mommy!"  The child then urinated all over herself and her mother while sitting in her mother's lap.  The mother again asked what was wrong and Minor Victim One told her

mother that "Mr. Ali put his fingers in my Tito (word used by child for vagina)." Minor Victim One told her mother that it happened during nap time and that she told Ms. Tyria that it hurt. After making these statements, the mother took the child to a hospital. **F.R.E. 803(1), 803(2), 803(3), and 803(4).**

WHEREFORE the Government requests this Court issue a ruling that the statements of Minor Victim One to Tyria Graham, to Minor Victim One's father, and to Minor Victim One's mother - all made on August 21, 2014 - are admissible in the Government's case in chief.

                Respectfully submitted,

                JOSH J. MINKLER
                United States Attorney

By:   s/ Bradley P. Shepard
       Bradley P. Shepard
       Assistant United States Attorney

       s/ Kristina M. Korobov
       Kristina M. Korobov
       Assistant United States Attorney