UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2016 FEB -3  AM 10: 39
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Cause No. 1:15-cr-00072-TWP-DML |
| ALI AL-AWADI, | ) ) ) |
| Defendant. | ) |

SECOND SUPERSEDING INDICTMENT

The Grand Jury charges that:

Counts One – Four
Production of Child Pornography
18 U.S.C. § 2251(a)

1. On or about August 21, 2014, in Marion County Indiana, within the Southern District of Indiana, ALI AL-AWADI, defendant herein, did knowingly employ and use Victim One, a minor, to engage in sexually explicit conduct, namely the lascivious exhibition of the genitals or pubic area, for the purpose of producing visual depictions of such conduct, each visual depiction being a separate count as set forth below.  Further, the defendant knew, or had reason to know, said visual depictions would be transported or transmitted using any means or facility of interstate or foreign commerce, or were produced using materials that had been mailed, shipped, or transported in interstate or foreign commerce, including a computer.

| COUNT | File Name |
|---|---|
| 1 | imgcache.0_embedded_330.jpg |
| 2 | imgcache.0_embedded_329.jpg |
| 3 | imgcache.0_embedded_332.jpg |

|   |   |
|---|---|
| 4 | imgcache.0_embedded_331.jpg |

2. All in violation of Title 18, United States Code, Section 2251(a).

### Counts Five –Eight
### Attempted Production of Child Pornography
### 18 U.S.C. § 2251(e)

3. On or about August 21, 2014, in Marion County Indiana, within the Southern District of Indiana, ALI AL-AWADI, defendant herein, did knowingly attempt to employ and use Victim One, a minor, to engage in sexually explicit conduct, namely the lascivious exhibition of the genitals or pubic area, for the purpose of producing visual depictions of such conduct, each visual depiction being a separate count as set forth below. Further, the defendant knew, or had reason to know, said visual depictions would be transported or transmitted using any means or facility of interstate or foreign commerce, or were produced using materials that had been mailed, shipped, or transported in interstate or foreign commerce, including a computer. And in furtherance of these counts, did perpetrate the following substantial steps: utilization of a cellular telephone to create the following images.

| COUNT | File Name |
|---|---|
| 5 | imgcache.0_embedded_330.jpg |
| 6 | imgcache.0_embedded_329.jpg |
| 7 | imgcache.0_embedded_332.jpg |
| 8 | imgcache.0_embedded_331.jpg |

4. All in violation of Title 18, United States Code, Section 2251(e).

**FORFEITURE ALLEGATIONS**

The allegations in this Indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253.

In accordance with 18 U.S.C. § 2253 and Rules 7(c)(2) and 32.2(a) of the Federal Rules of Criminal Procedure and premised upon the conviction of the defendant of violations of Chapter 110, Title 18, United States Code, Sections 2251 and 2252 as set forth in this Indictment, the defendant herein, shall forfeit to the United States any property, real or personal, used or intended to be used to commit or to promote the commission of any of the offenses set forth in the Indictment of which he is convicted.

A TRUE BILL:

███████████████
FOREPERSON

Bradley P. Shepard
Assistant United States Attorney