UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:15-cr-00072-TWP-DML |
| ALI AL-AWADI, | ) ) ) |
| Defendant. | ) |

## VERDICT- COUNT 1

On the charge of Sexual Exploitation of a Minor, as alleged in Count 1 of the Second Superseding Indictment:

We, the jury, unanimously find the Defendant, Ali Al-Awadi

(Check One)

Guilty  ✓       Not Guilty _____

Dated: February 25, 2016

_____
Foreperson

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:15-cr-00072-TWP-DML |
| ALI AL-AWADI, | ) ) ) |
| Defendant. | ) ) |

## VERDICT- COUNT 2

On the charge of Sexual Exploitation of a Minor, as alleged in Count 2 of the Second Superseding Indictment:

We, the jury, unanimously find the Defendant, Ali Al-Awadi

(Check One)

Guilty ___✓___      Not Guilty _____

Dated: February 25, 2016

_____
Foreperson

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:15-cr-00072-TWP-DML |
| ) | |
| ALI AL-AWADI, ) | |
| ) | |
| Defendant. ) | |

### VERDICT- COUNT 3

On the charge of Sexual Exploitation of a Minor, as alleged in Count 3 of the Second Superseding Indictment:

We, the jury, unanimously find the Defendant, Ali Al-Awadi

(Check One)

Guilty _____    Not Guilty ✓ _____

Dated: February 25, 2016

_____
Foreperson

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:15-cr-00072-TWP-DML |
| ALI AL-AWADI, | ) ) |
| Defendant. | ) ) |

## VERDICT- COUNT 4

On the charge of Sexual Exploitation of a Minor, as alleged in Count 4 of the Second Superseding Indictment:

We, the jury, unanimously find the Defendant, Ali Al-Awadi

(Check One)

Guilty ✓         Not Guilty _____

Dated: February 25, 2016

                                                    _____
                                                    Foreperson

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:15-cr-00072-TWP-DML |
| | ) |
| ALI AL-AWADI, | ) |
| | ) |
| Defendant. | ) |

## VERDICT- COUNT 5

On the charge of Attempted Sexual Exploitation of a Minor, as alleged in Count 5 of the Second Superseding Indictment:

We, the jury, unanimously find the Defendant, Ali Al-Awadi

(Check One)

Guilty __✓__        Not Guilty _____

Dated: February 25, 2016

_____
Foreperson

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   Case No. 1:15-cr-00072-TWP-DML |
| ALI AL-AWADI, | ) ) ) |
| Defendant. | ) |

## VERDICT- COUNT 6

On the charge of Attempted Sexual Exploitation of a Minor, as alleged in Count 6 of the Second Superseding Indictment:

We, the jury, unanimously find the Defendant, Ali Al-Awadi

(Check One)

Guilty ✓         Not Guilty _____

Dated: February 25, 2016

_____
Foreperson

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:15-cr-00072-TWP-DML |
| ALI AL-AWADI, | ) |
| Defendant. | ) |

## VERDICT- COUNT 7

On the charge of Attempted Sexual Exploitation of a Minor, as alleged in Count 7 of the Second Superseding Indictment:

We, the jury, unanimously find the defendant Ali Al-Awadi

(Check One)

Guilty ✓ _____      Not Guilty _____

Dated: February 25, 2016

_____
Foreperson

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:15-cr-00072-TWP-DML |
| ALI AL-AWADI, | ) ) ) |
| Defendant. | ) |

## VERDICT- COUNT 8

On the charge of Attempted Sexual Exploitation of a Minor, as alleged in Count 8 of the Second Superseding Indictment:

We, the jury, unanimously find the Defendant, Ali Al-Awadi

(Check One)

Guilty    ✓           Not Guilty    _____

Dated: February 25, 2016

_____
Foreperson